UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMIE NEIL PARKER ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | 5:20-CV-359-FL |
| THOMAS H. LOCK, *Judge*, KRISTEN ) | |
| BALL and KARLA BETH DENNING, ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendation of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 15, 2020, and for the reasons set forth more specifically therein, that this action is DISMISSED.

**This Judgment Filed and Entered on September 15, 2020, and Copies To:**
Jamie Neil Parker (via U.S. Mail) 202 Charlie Road, Four Oaks, NC 27524

September 15, 2020          PETER A. MOORE, JR., CLERK

                             /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk